United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FITBIT, INC.,

        Plaintiff,

    v.

ALIPHCOM, et al.,

        Defendants.

Case No.  5:15-cv-04073-EJD

**ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

Re: Dkt. No. 44

Presently before the court is an administrative motion pursuant to Civil Local Rule 3-12 to consider whether the above-entitled action is related to another action pending in this district, namely Fitbit, Inc. v. AliphCom, Inc. d/b/a Jawbone and Bodymedia, Inc., Case No. 4:16-cv-00118-DMR.

The court has reviewed the motion and determined that the cases are not related and that no reassignments shall occur.

**IT IS SO ORDERED.**

Dated:  January 25, 2016



EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:15-cv-04073-EJD
ORDER RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED