UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FITBIT INC,

        Plaintiff,

  v.

ALIPHCOM, et al.,

        Defendants.

Case No. 5:16-cv-00118-BLF

**CASE MANAGEMENT ORDER**

On 05/19/2016, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | n/a |
| | |
| Claims Tutorial Hearing | 02/03/2017 at 9:00 am |
| Claims Construction Hearing | 02/10/2017 at 9:00 am |
| | |
| Last Day to Hear Dispositive Motions | n/a |
| Final Pretrial Conference | n/a |
| Trial | n/a |

1  IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2  are referred to the assigned Magistrate Judge.
3  IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4  orders, which are available on the Court's website and in the Clerk's Office.

6  Dated:  05/19/2016

_____
BETH LABSON FREEMAN
United States District Judge