# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| FITBIT INC,<br><br>            Plaintiff,<br><br>     v.<br><br>ALIPHCOM, et al.,<br><br>            Defendants. | Case No.  16-cv-00118-BLF<br><br>**ORDER REGARDING HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS** |

Currently scheduled on January 5, 2017 is the hearing on Defendant's motion for judgment on the pleadings. Counsel is advised that each party will be allowed 15 minutes to present its argument on the motion.

**IT IS SO ORDERED.**

Dated: December 20, 2016

_____
BETH LABSON FREEMAN
United States District Judge