UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FITBIT INC,

         Plaintiff,

    v.

ALIPHCOM, et al.,

         Defendants.

Case No. 16-cv-00118-BLF

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ALIPHCOM D/B/A JAWBONE AND BODYMEDIA, INC.**

     Before the Court is a motion by Susman Godfrey, L.L.P. to withdraw as counsel for Defendants AliphCom, Inc. d/b/a Jawbone and Bodymedia, Inc.'s (collectively, "Defendants"). ECF 106. Jawbone does not oppose withdrawal, but seeks a 60-day continuance of all deadlines to permit substitution of counsel. *Id.* at 1. Plaintiff Fitbit, Inc. ("Fitbit") does not oppose these requests. ECF 110.

     Given the lack of opposition, the Court GRANTS the motion to withdraw. All deadlines and hearing dates, including the claims tutorial and claims construction hearing scheduled for April 7, 2017, are VACATED. The Court SETS a status conference for April 27, 2017 at 11:00 a.m. to reset the claims tutorial and claims construction hearing date and all other deadlines. The parties may appear telephonically.

     **IT IS SO ORDERED.**

Dated: March 20, 2017

                                                         _____
                                                         BETH LABSON FREEMAN
                                                         United States District Judge