# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

FITBIT INC,

        Plaintiff,

v.

ALIPHCOM, et al.,

        Defendants.

Case No. 16-cv-00118-BLF

**ORDER REGARDING STATUS CONFERENCE**

On April 27, 2017, the Court held a status conference, pursuant to its March 20 order granting Susman Godfrey, L.L.P.'s motion to withdraw as counsel (ECF 111). Defendants informed the Court that they are working on obtaining new counsel, but have not yet succeeded in doing so. Defendants also requested that the Court stay the case for an additional 30 days. Plaintiff opposed Defendants' request.

The Court finds it appropriate to allow an additional 30 days for Defendants to obtain new counsel. The Court's March 20 order vacated all deadlines, so the Court need not make additional modifications to the schedule. Nevertheless, Defendants cannot indefinitely delay this case through a continued failure to retain new counsel. If new counsel for Defendants has not appeared within 30 days from the date of this order, Plaintiff may move to strike Defendants' Answer and request that the Court enter default judgment.

**IT IS SO ORDERED.**

Dated: April 28, 2017

_____
BETH LABSON FREEMAN
United States District Judge