UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FITBIT INC,<br><br>    Plaintiff,<br><br>v.<br><br>ALIPHCOM, et al.,<br><br>    Defendants. | Case No. 16-cv-00118-BLF<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE MARKMAN TUTORIAL AND HEARING** |

Before the Court is Defendants' unopposed motion to continue the September 1, 2017 claims construction tutorial and hearing. ECF 131. Having considered the motion, the Court GRANTS Defendants' request and VACATES the September 1, 2017 claims construction tutorial and hearing. The Court SETS a further case management conference for November 2, 2017. The parties' shall file their joint case management statement no later than October 26, 2017.

**IT IS SO ORDERED.**

Dated: August 24, 2017

                                                        */s/ Beth Labson Freeman*
                                                        BETH LABSON FREEMAN
                                                        United States District Judge